UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/2020
```

THE UNITED STATES OF AMERICA and the
STATE OF NEW YORK *ex rel.* J. DOE,

               Plaintiffs,

               v.

A.R.E.B.A.-CASRIEL, INC. D/B/A
ADDICTION CARE INTERVENTIONS
CHEMICAL DEPENDENCY TREATMENT
CENTERS and STEVEN YOHAY,

               Defendants.

16 Civ. 1760 (VSB)

UNITED STATES OF AMERICA,

               Plaintiff-Intervenor,

               v.

A.R.E.B.A.-CASRIEL, INC. D/B/A
ADDICTION CARE INTERVENTIONS
CHEMICAL DEPENDENCY TREATMENT
CENTERS and STEVEN YOHAY,

               Defendants.

      WHEREAS, by notices dated December 14, 2020, the United States of America and the State of New York partially intervened in the above-captioned *qui tam* action pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4), and the New York State False Claims Act, State Fin. Law § 190, respectively.

IT IS HEREBY ORDERED that:

1. The seal shall be lifted as to this Order and any matter occurring in this action on or subsequent to the date of this Order.

2. All documents submitted in this action before the date of this Order shall remain under seal and shall not be made public, except to the extent the seal was partially lifted pursuant to the Court's prior Orders dated October 20, 2019, and December 3, 2020, and except as provided for in Paragraph 3 below.

3. The seal shall be lifted as to the United States' Notice of Election to Partially Intervene; the United States' Complaint-In-Intervention; the Stipulation and Order of Settlement and Dismissal entered into by the United States, Defendant A.R.E.B.A.-CASRIEL, Inc. d/b/a Addiction Care Interventions Chemical Dependency Treatment Centers ("ACI"), Defendant Steven Yohay ("Yohay") and the Relator; the Stipulation and Order of Settlement and Release Between the United States and Relator; the Relator's Complaint; the State of New York's Notice of Election to Partially Intervene; and the Settlement Agreement entered into by the State of New York, Defendant ACI and Defendant Yohay.

SO ORDERED:

Vernon S. Broderick
United States District Judge

Dated: December 17, 2020