UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE UNITED STATES OF AMERICA and the STATE OF NEW YORK *ex rel.* J. DOE,<br><br>Plaintiffs,<br><br>v.<br><br>A.R.E.B.A.-CASRIEL, INC. D/B/A ADDICTION CARE INTERVENTIONS CHEMICAL DEPENDENCY TREATMENT CENTERS and STEVEN YOHAY,<br><br>Defendants.<br><br>UNITED STATES OF AMERICA,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>A.R.E.B.A.-CASRIEL, INC. D/B/A ADDICTION CARE INTERVENTIONS CHEMICAL DEPENDENCY TREATMENT CENTERS and STEVEN YOHAY,<br><br>Defendants. | 16 Civ. 1760 (VSB)<br>**ORDER** |

VERNON S. BRODERICK, United States District Judge:

On December 14, 2020, the parties reported to me that they had settled this case. Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: March 26, 2024
      New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge